JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  *jakro@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone:  +1 213 443 4355
Facsimile:   +1 213 443 4310

Mark D. Polston (Bar No. 144154)
  *mpolston@kslaw.com*
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20006
Telephone: +1-202-737-0500
Facsimile: +1-202-626-3737

Attorneys for Plaintiff
SANTA YNEZ VALLEY COTTAGE HOSPITAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SANTA YNEZ VALLEY COTTAGE HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,<br><br>Defendant. | Case No. 2:25-cv-12120-MWC-JDEx<br><br>District Judge:<br>Hon. Michelle Williams Court<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE [FRCP 41(a)]**<br><br>Action Filed:  December 22, 2025<br>Trial Date:  [None set] |

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Santa Ynez Valley Cottage Hospital and Defendant Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services (hereinafter, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, H.R. 7148, the Consolidated Appropriations Act, 2026 ("the Act"), became Public Law No: 119-75 on February 3, 2026.

WHEREAS, Plaintiff Santa Ynez Valley Community Hospital ("SYVCH") is a "facility with a critical access hospital provider agreement that was designated and certified as a critical access hospital as of January 1, 2024, and receive[d] a notification letter from the Centers for Medicare & Medicaid Services during the period beginning on December 1, 2024, and ending on January 1, 2026 that the facility was found to be noncompliant with such distance requirements under section 1820(c)(2)(B)(i)(I) of the Social Security Act (42 U.S.C. 1395i–4(c)(2)(B)(i)(I))."

WHEREAS, the Act therefore mandates that "The Administrator of the Centers for Medicare & Medicaid Services shall not apply [to SYVCH] the distance requirements under 1820(c)(2)(B)(i)(I) of the Social Security Act (42 U.S.C. 1395i–4(c)(2)(B)(i)(I))."

NOW THEREFORE, the Parties hereby stipulate:

1. The Act mooted this action, and the action should be dismissed;

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of the action with prejudice, with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

/ / /

/ / /

1

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Dated:        February 11, 2026        Respectfully submitted,

**KING & SPALDING LLP**


By: */s/Joseph N. Akrotirianakis*
    JOSEPH N. AKROTIRIANAKIS
    MARK D. POLSTON

    Attorneys for Plaintiff
    SANTA YNEZ VALLEY
    COTTAGE HOSPITAL


Dated:        February 11, 2026        Respectfully submitted,

**TODD BLANCHE**
Deputy Attorney General
**BILAL A. ESSAYLI**
First Assistant United States Attorney
**DAVID M. HARRIS**
Assistant United States Attorney
Chief, Civil Division
**DANIEL A. BECK**
Assistant United States Attorney
Chief, Complex and Defensive
Litigation Section


By: */s/Alexander L. Farrell*
    ALEXANDER L. FARRELL
    Assistant United States Attorney

    Attorneys for Defendant ROBERT
    F. KENNEDY, JR., in his official
    capacity as Secretary of Health and
    Human Services


    * Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2
JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE